06 CV 4333

JUDGE RAKOFF

249-06/GMV/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
EUROFINANCE SERVICES INC.
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax

Gina M. Venezia (GV 1551)
Pamela L. Schultz (PS 0335)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
EUROFINANCE SERVICES INC.,                    06 CV

       Plaintiff

   -against -                              **RULE 7.1 STATEMENT**

SINOMART KTS DEVELOPMENT LTD.

       Defendant.
------------------------------------------------------------------x

  Plaintiff EUROFINANCE SERVICES INC., by and through undersigned attorneys Freehill Hogan & Mahar LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parent, and that no publicly-held corporation in the United States owns 10% or more of its stock.

Dated: New York, New York
   June 8, 2006

          FREEHILL HOGAN & MAHAR LLP
          Attorneys for Plaintiff
          EUROFINANCE SERVICES INC.

          By: _____
            Gina M. Venezia (GV 1551)
            Pamela L. Schultz (PS 0335)
            80 Pine Street
            New York, NY 10005
            (212) 425-1900
            (212) 425-1901 fax

NYDOCS1/262293.1